THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE W. RANDALL, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Steuben County Court (Marianne Furfure, J.), rendered February 28, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.